UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

DOUGLAS DUFFIE                                  :

               Plaintiff,                  :

v.                                              :       **ORDER**

                           :

C.O. JHON TIBURCIORUIZ,                          :       25-CV-05170 (PMH)

                           :

              Defendant.                :

                           :
-------------------------------------------------------------x

PHILIP M. HALPERN, United States District Judge:

On June 18, 2025, Douglas Duffie ("Plaintiff"), proceeding *pro se* and *in forma pauperis*, commenced the instant action against C.O. Jhon Tiburcioruiz ("Defendant"). (Doc. 1). On July 24, 2025, the Court issued an Order of Service as to Defendant (Doc. 9), and the Clerk of Court issued a summons as to Defendant (Doc. 10). The docket indicates that the U.S. Marshals Service executed service on Defendant on November 10, 2025. (Doc. 12). Defendant's deadline to answer or otherwise respond to the complaint was December 1, 2025. (*Id.*). Defendant did not answer or otherwise respond to the Complaint. There has been no activity on the docket since the filing of the U.S. Marshals Service Receipt.

Accordingly, Plaintiff is directed to comply with this Court's Individual Practices Rule 4(B) by February 6, 2026. Failure to strictly comply with this Court's Individual Practices and this order may result in dismissal of this action in its entirety, without prejudice, for want of prosecution under Federal Rule of Civil Procedure 41(b).

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

SO ORDERED:

Dated:  White Plains, New York
       January 2, 2026

                               _____

                               Hon. Philip M. Halpern
                               United States District Judge