UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
DOUGLAS DUFFIE                                          :
                 Plaintiff,              :

v.                                                     :    **ORDER**
                               :
C.O. JHON TIBURCIORUIZ,                                 :    25-CV-05170 (PMH)
                               :
              Defendant.              :
                               :
-------------------------------------------------------------x

PHILIP M. HALPERN, United States District Judge:

On June 18, 2025, Douglas Duffie ("Plaintiff"), proceeding *pro se* and *in forma pauperis*, commenced the instant action against C.O. Jhon Tiburcioruiz ("Defendant"). (Doc. 1). On July 24, 2025, the Court issued an Order of Service as to Defendant (Doc. 9), and the Clerk of Court issued a summons as to Defendant (Doc. 10). The docket indicates that the U.S. Marshals Service executed service on Defendant on November 10, 2025. (Doc. 12). Defendant's deadline to answer or otherwise respond to the complaint was December 1, 2025. (*Id.*). Defendant did not answer or otherwise respond to the Complaint. Accordingly, on January 2, 2026, the Court issued an Order directing Plaintiff to comply with this Court's Individual Practices Rule 4(B) by February 6, 2026. (Doc. 13). The Order also warned Plaintiff that failure to strictly comply with this Court's Individual Practices and the order could result in dismissal of this action in its entirety, without prejudice, for want of prosecution under Federal Rule of Civil Procedure 41(b). (*Id.*). On January 5, 2026, the Clerk of Court filed notice that Doc. 13 had been mailed to Plaintiff's address listed on the docket. (*See* 1/5/2026 ECF Entry). There has been no activity on the docket since then.

Accordingly, the Court *sua sponte* extends the time for Plaintiff to comply with the Court's prior order (Doc. 13) to May 1, 2026. The Court reminds Plaintiff that failure to strictly comply with this Court's Individual Practices (specifically, Rule 4(B) and Attachment A), this Order, and

the Court's Prior Order (Doc. 13) may result in dismissal of this action in its entirety, without prejudice, for want of prosecution under Federal Rule of Civil Procedure 41(b).

SO ORDERED:

Dated: White Plains, New York
       March 27, 2026

_____
Hon. Philip M. Halpern
United States District Judge